# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY <br><br> Plaintiff, <br><br> vs. <br><br> Allen Adams, A-1 Contractors, Inc., Daniel Brannon, III, and John Does 1 - 10. <br><br> Defendants. | Cause No. CV-18-00105-JTJ <br><br> **ORDER TO DISMISS WITH PREJUDICE AS FULLY SETTLED** |

Upon review of Plaintiff, Atlantic Casualty Insurance Company's *Unopposed Motion to Dismiss with Prejudice as Fully Settled*, and good cause appearing therefore, IT IS HEREBY ORDERED that this case is dismissed on the merits with prejudice, as fully and finally compromised, each party to pay their own costs and fees.

DATED this 22nd day of August, 2019

_____
John Johnston
United States Magistrate Judge